UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

_____
                                                             )
**DAWN J. BENNETT, et al.,**              )
                                                             )
       **Plaintiffs,**                       )
                                                             )    Civil Action No. 1:16-cv-02283(TFH)
       **v.**                                       )
                                                             )
**GOOGLE, INC.,**                                )
                                                             )
       **Defendant.**                      )
_____)

**NOTICE OF APPEAL**

Notice is hereby given that Dawn J. Bennett and DJ Bennett Holdings, LLC, plaintiffs in the above named case, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit, from the final order and judgment of this court, entered June 21, 2017, in favor of defendant, dismissing plaintiffs' lawsuit on the grounds that their claims are statutorily barred by the Communications Decency Act, 47 U.S.C. § 230(a) (2012).

/s/ Harry J. Jordan, Esq.
Harry J. Jordan, Esq. (DC Bar No. 048860)
1101 17th Street, NW, Suite 609
Washington, DC 20036-4718
(202) 416-0216
hjjlaw@msn.com

Counsel for Plaintiffs
Dawn J. Bennett
DJ Bennett Holdings, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of this Notice of Appeal was served this 7th day of July, 2017, by first class mail, postage prepaid, and in accordance with the Court's electronic service rules, on John R. Roche, Perkins Coie LLP, 700 13th Street, NW, Suite 600, Washington, DC 20005-3960, Counsel for Google, Inc.

/s/ Harry J. Jordan, Esq.
Plaintiffs' Counsel